709 A.2d 899

Edward WILLIAMS

v.

WORKMEN'S COMPENSATION APPEAL
BOARD; Crowley Frozen Desserts.

Petition of CROWLEY FROZEN DESSERTS.

Supreme Court of Pennsylvania.

April 20, 1998.

## ORDER

PER CURIAM:

AND NOW this 20th day of April, 1998, the petition for allowance of appeal is granted and the order of the Commonwealth Court is reversed. *See Udvari v. Workmen's Compensation Appeal Board (USAir, Inc.)*, 705 A.2d 1290 (Pa. 1997). The Request for Supersedeas is denied as moot.